**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARK MAGGERT,

    Plaintiff,

vs.                                          CASE NO. 5:06-mc-16-ORL-19DAB

UNITED STATES OF AMERICA; BANK
OF AMERICA; COLONIAL BANK;
WACHOVIA BANK, HUNTINGTON
BANK,

    Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 16, filed January 31, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 16) is **ADOPTED and AFFIRMED.** The Motion to Dismiss or Alternatively for Summary Judgment (Doc. No. 10, filed January 5, 2007) is **GRANTED,** and the Amended Petition is **DISMISSED with prejudice** for lack of jurisdiction.

**DONE AND ORDERED** at Orlando, Florida, this   27yj   day of February, 2007.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record